UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re**:** Charles O. Mayo, Jr.                         Chapter 13
    SSN: xxx-xx-6456                              Case No: 15-11911-FJB

NOTICE OF WITHDRAWAL OF
TRUSTEE'S MOTION TO DISMISS CASE

     Now comes Carolyn A. Bankowski, Standing Chapter 13 Trustee, and withdraws her Motion to Dismiss this case, which Motion was filed on June 18, 2015 and for reasons states that the Debtor has satisfied the grounds in the Motion.

Dated: August 12, 2015

                                                 Respectfully submitted,
                                                 Carolyn A. Bankowski
                                                 Standing Chapter 13 Trustee
                                                 By: /s/ **Carolyn A. Bankowski**
                                                 Carolyn A. Bankowski (BBO# 631056)
                                                 Patricia A. Remer (BBO# 639594)
                                                 Office of the Chapter 13 Trustee
                                                 PO Box 8250
                                                 Boston, MA 02114-0022
                                                 (617) 723-1313
                                                 13trustee@ch13trustee.com

                                         Certificate of Service

     The undersigned hereby certifies that a copy of the within Trustee's Motion to Dismiss was served upon the Debtor, Debtor's counsel of record and those parties listed on the following service list by first class mail, postage prepaid or by electronic notice.

Dated: August 12, 2015

                                                 /s/ **Carolyn A. Bankowski**
                                                Carolyn A. Bankowski

Charles O. Mayo, Jr.                          Stephen M. Kaplan, esq.
81 Sachem Street                              175 Highland Ave. - Suite 408
Quincy, MA 02170-2447                    Needham, MA 02494

SAB