UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE: _Charles Mayo, Jr._    Chapter 13 # _15-11911-FJB_

## MOTION OF CHAPTER 13 TRUSTEE TO DISMISS

Now comes Carolyn Bankowski, Chapter 13 Trustee, and files this Motion to Dismiss the above-referenced case and as grounds therefor, states as follows:

( ) 1. Debtor failed to appear at the §341 meeting of creditors

( ) 2. Debtor has failed to make the first plan payment as required by 11 U.S.C. §1326(a)(1).

( ) 3. Debtor is over the debt limits as set forth in 11 U.S.C. §109(e)

(X) 4. Debtor has failed to provide the following documents:
  - ( ) INSURANCE BINDER
  - (X) EVIDENCE OF CURRENT INCOME _(Rental)_
  - ( ) MOST RECENT TAX RETURN
  - (X) INDEPENDENT EVIDENCE OF SOCIAL SECURITY NUMBER
  - ( ) EVIDENCE OF PROPERTY VALUE
  - ( ) RECORDED HOMESTEAD / DEED
  - ( ) 60 DAYS OF PAY ADVICES

( ) AMENDED SCHEDULES _____

( ) OTHER _____

( ) 3. Debtor has failed to provide business documents pursuant to MLBR Appendix 1: 13-2(a)(2) as follows: _____

( ) 4. OTHER: _____

Notice is hereby given that any responses and/or objections to this motion are to be filed within **twenty-one (21) days of the date this motion is filed with the Court**. If no timely objections/responses are filed, the Court may act upon this motion without further notice or hearing as provided by 11 U.S.C. §102(1)(B).

WHEREFORE, the Trustee respectfully requests this Court to enter an Order dismissing this case.

Respectfully submitted,

_/s/ C A Bankowski_
Carolyn A. Bankowski, BBO#631056
Patricia A. Remer, BBO#639594
P.O. Box 8250
Boston, MA 02114-0033
(617) 723-1313
13trustee@ch13boston.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that I have served a copy of the foregoing to the above referenced debtor(s) (X) by hand delivery or ( ) by first class mail, and to Debtor(s)' counsel _Stephen Kaplan, Esq._ (X) by hand delivery, ( ) by first class mail, or ( ) via electronic notice.

Dated _8/11/15_

_/s/ C A Bankowski_
Carolyn A. Bankowski
Patricia A. Remer