## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

| | |
|---|---|
| **In re:** | |
| **Charles O. Mayo, Jr.,** | Chapter 13 |
| **Debtor** | Case No. 15-11911-fjb |

### DEBTORS' OPPOSITION TO
### MOTION OF CHAPTER 13 TRUSTEEE TO DISMISS

Now comes the Debtor herein and opposes the MOTION OF CHAPTER 13 TRUSTEE TO DISMISS (hereinafter "motion") which was filed on August 11, 2015, and in support thereof the Debtor answers each and every checked paragraph in said motion in the following manner:

1. At the Trustee's meeting of the creditors held on August 11, 2015 it is true that the Debtor failed to supply the following documentation;

    (a) evidence of current rental income, and

    (b) independent evidence of his social security number,

but the Debtor has been struggling with serious health issues that has prevented him from functioning normally on a day to day basis to be able to complete the rental income records and he has applied for a new social security card which has not yet arrived.

2. The Debtor anticipates that all the missing documentation will be forthcoming and filed with the Trustee within the next 10 days from the date hereof.

WHEREFORE, the Debtor prays that based upon the above responses the MOTION OF CHAPTER 13 TRUSTEE TO DISMISS (filed on August 11, 2015) be denied and that the Debtor be granted 10 days from the date hereof to file the aforementioned documentation with the Trustee, and that the Court order such other and further relief that is deemed just under the circumstances herein.

                                        Respectfully submitted,
                                        Charles O. Mayo, Jr.,
                                        By his attorney,

*/s/ Stephen M. Kaplan*
Stephen M. Kaplan (BBO# 259220)
175 Highland Ave. – Suite 408
Needham, MA  02494

Date:  September 1, 2015          ph: (781)248-6407  fax: (888)380-9457
Email:  kaplanlawworks@aol.com

c:\mayo/ch13\pleadings\opposition to trustee 8.11.15 motion to dismiss

**Ch. 13, Case No. 15-11911-fjb**

# CERTIFICATE OF SERVICE

I, Stephen M. Kaplan, hereby certify that on September 1, 2015 I electronically filed with the Clerk of the Bankruptcy Court the attached:

1. **DEBTORS' OPPOSITION TO MOTION OF CHAPTER 13 TRUSTEEE TO DISMISS**

and I served a copy of same upon the interested parties in the following manner:

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Carolyn Bankowski-13    13trustee@ch13boston.com
- John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
- Sarah B. Gullon    sgullon@shslawfirm.com, BKdept@shslawfirm.com;mabkecfnotices@gmail.com
- Timothy Larson    bankruptcy@orlansmoran.com
- Martin A. Mooney    arappold@schillerknapp.com
- Richard T. Mulligan    mabk@harmonlaw.com
- James Southard    bankruptcy@orlansmoran.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

- (No manual recipients)

/s/ *Stephen M Kaplan*
Stephen M. Kaplan (BBO#259220)
c:\mayo/ch13\pleadings\opposition to trustee 8.11.15 motion to dismiss