COMMONWEALTH OF MASSACHUSETTS

United States Bankruptcy Court          Case No. 15-11911-FJB
District of Massachusetts               (Chapter 13)

_____  )
                                     )
In Re:                               )
                                     )
    CHARLES O. MAYO, JR., AKA        )
    CHARLES MAYO AKA                 )
    CHARLES O. MAYO AKA              )
    CHARLES OWEN MAYO, JR.           )
                                     )
              Debtor.                )
_____  )

**NOTICE OF APPEARANCE WITH REQUEST FOR COPIES
OF ALL ORDERS, NOTICES, AND PLEADINGS
UNDER BANKRUPTCY RULES 2002(g) and 9010(b)**

Tiago Araujo, a creditor in the above-captioned case, hereby appears and requests, pursuant to Bankruptcy Rules 2002(g) and 9010(b), that (1) it receives copies of all notices, pleadings, proposed orders and conformed copies of orders filed in this case; and that (2) all such documents be directed to counsel at the address set forth below.

Dated:

                                    /s/ James V. Tabner
                                    James V. Tabner, Esq.
                                    91 Main Street
                                    Concord, MA 01742
                                    BBO# 541925
                                    978-369-6700
                                    jim@tabnerlaw.com

c:\grp\grpa\araujo\araujo - mayo notice of appearance.doc

COMMONWEALTH OF MASSACHUSETTS

United States Bankruptcy Court                Case No. 15-11911-FJB
District of Massachusetts                          (Chapter 13)

_____    )
                                       )
In Re:                                 )
                                       )
    CHARLES O. MAYO, JR., AKA          )
    CHARLES MAYO AKA                   )
    CHARLES O. MAYO AKA                )
    CHARLES OWEN MAYO, JR.             )
                                       )
            Debtor.                    )
_____    )

**CERTIFICATE OF SERVICE**

    I, James V. Tabner, certify under penalty of perjury that I am not less than eighteen (18) years of age; that I electronically filed with the Clerk of the Bankruptcy Court a Notice of Appearance with Request for Copies of All Orders, Notices, and Pleadings Under Bankruptcy Rules 2002(g) and 9010(b) on October 30, 2015 and served same as indicated below.

**Mail Service**: Regular, first-class United States mail, postage full pre-paid, addressed to:

Court Clerk
U. S. Bankruptcy Court
John W. McCormack Post Office and Court House
5 Post Office Square, Suite 1150
Boston, Massachusetts 02109

Carolyn A. Bankowski, Esq. (Trustee)
Chapter 13 Trustee Boston
P. O. Box 8250
Boston, Massachusetts 02114

Steven M. Kaplan, Esq. (Attorney for Debtor)
Rosenfeld & Kaplan, LLP
535 Fifth Avenue, Suite 1006
New York, New York 10017

Mr. Tiago Araujo
7 Wampus Avenue, Apartment 17
Acton, Massachusetts 01720-4820

c:\grp\grpa\araujo\araujo - mayo notice of appearance.doc

**E-Mail Service**: via CM/ECF e-mail notification to the following:

Carolyn A. Bankowski, Esq. (Trustee)
Chapter 13 Trustee Boston
P. O. Box 8250
Boston, Massachusetts 02114

Steven M. Kaplan, Esq. (Attorney for Debtor)
Rosenfeld & Kaplan, LLP
535 Fifth Avenue, Suite 1006
New York, New York 10017

                                                /s/ James V. Tabner
                                                James V. Tabner
                                                BBO #541925