```
                    United States Bankruptcy Court
                       District of Massachusetts
```

```
_____   )
                                  )
In Re:                            )
                                  ) Chapter 13
     CHARLES O. MAYO, JR., AKA    ) Case No. 15-11911-FJB
     CHARLES MAYO AKA             )
     CHARLES O. MAYO AKA          )
     CHARLES OWEN MAYO, JR.       )
                                  )
              Debtor.             )
_____   )
```

**WITHDRAWAL OF PROOF OF CLAIM**

    Now comes Tiago Araujo, a creditor in the above-captioned case, and hereby withdraws his Proof of Claim filed on 1/18/16 and listed as Docket entry #15.

Dated:    January 18, 2016

                                                                         /s/ James V. Tabner
                                                                         James V. Tabner, Esq.
                                                                         91 Main Street
                                                                          Concord, MA 01742
                                                                          BBO# 541925
                                                                          978-369-6700
                                                                          jim@tabnerlaw.com

United States Bankruptcy Court
District of Massachusetts

```
_____   )
                                  )
In Re:                            )
                                  ) Chapter 13
      CHARLES O. MAYO, JR., AKA   ) Case No. 15-11911-FJB
      CHARLES MAYO AKA            )
      CHARLES O. MAYO AKA         )
      CHARLES OWEN MAYO, JR.      )
                                  )
              Debtor.             )
_____   )
```

**CERTIFICATE OF SERVICE**

    I, James V. Tabner, certify that on this 18th day of January, 2016, I served a copy of the annexed Withdrawal of Proof of Claim by regular mail, postage prepaid, or by electronic transmission via ECF, upon the following persons and/or entities:


Carolyn A. Bankowski, Esq. (Trustee)
Chapter 13 Trustee Boston
P. O. Box 8250
Boston, Massachusetts 02114

John Fitzgerald
USTPRegion01.BO.ECF@USDOJ.GOV

Sarah B. Gullon
Bank of America N.A.
PO BOX 5170
Simi Valley, California 93062

Steven M. Kaplan, Esq. (Attorney for Debtor)
Rosenfeld & Kaplan, LLP
535 Fifth Avenue, Suite 1006
New York, New York 10017

Timothy Larson
Quicken Loans, Inc.
635 Woodward Avenue
Detroit, Michigan 48226

Wells Fargo Bank, NA,
c/o Ocwen Loan Servicing LLC
1661 Worthington Road
Suite 100
West Palm Beach, Florida 33409

c:\users\judy\downloads\araujo - withdrawal claim #15.doc

Mr. Tiago Araujo  
7 Wampus Avenue, Apartment 17  
Acton, Massachusetts 01720-4820

/s/ James V. Tabner  
James V. Tabner  
BBO #541925

c:\users\judy\downloads\araujo - withdrawal claim #15.doc