UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   Charles O. Mayo, Jr.<br>          Debtor, | Chapter: 13<br>Case No: 15–11911<br>Judge Frank J. Bailey |

### ORDER REGARDING ELECTRONICALLY FILED DOCUMENT

A Corrective Entry has been made by the Court to document number **56** which was filed by you on **JANUARY 18, 2016** in the above referenced case. Expedited action is required to address this problem.

You are hereby **ORDERED** to file the required document(s) listed below within two (2) business days of the date of this order.

- [x] **Document has the wrong PDF image, is out of order, incorrectly oriented (landscape), and/or is unreadable.** Please re–file electronically with the correct and readable PDF using the original event. **Incorrect PDF attached. Please re–file with correct PDF.**

- [ ] **Document is titled incorrectly.** Please re–file electronically with the correct title.

- [ ] **Document Docketed using wrong event.** Please re–file electronically using correct event.

- [ ] **Document is docketed in the wrong case or Caption is Incorrect.** Please check case number and re–file electronically.

- [ ] **Document is unsigned or information is missing.** Registered ECF Users may sign "/s/YOUR NAME". Non–registered users **must** provide a scanned original signature. Please check your PDF document for signature(s) and re–file electronically.

- [ ] **Document(s) should have been docketed as separate documents.** Please re–docket all items electronically using the following separate docketing events.

- [ ] **Case association incorrect.** Please check for proper association and re–file electronically.

- [ ] **The amount disclosed to the Court on the docket is inconsistent with the amount reported in Director's Form 2030 Disclosure of Compensation of Attorney for Debtor.** Please file an Amended Disclosure of Compensation to correct or clarify the discrepancy.

- [ ] **ECF filer and signature of the document do not match;** please re–file. See App. 8, Rule 8(a) of MLBR.

- [ ] **Other:**

**FAILURE TO COMPLY WILL RESULT IN FURTHER COURT ACTION INCLUDING BUT NOT LIMITED TO DENIAL OR DISMISSAL WITHOUT FURTHER NOTICE.**

Date:1/19/16                                                                                          By the Court,

                                                                                                      Yvonne Woodbury
                                                                                                      Deputy Clerk
                                                                                                      617–748–5336