UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:  Charles O. Mayo, Jr.                                          Chapter 13
       SSN:  xxx-xx-6456                                        Case No: 15-11911-FJB
           Debtor

MOTION OF CHAPTER 13 TRUSTEE FOR ORDER DISMISSING CASE
NOTICE OF BAR DATE OBJECTIONS/RESPONSES

      Now comes the Chapter 13 Trustee (the "Trustee") and respectfully moves the Court for an Order dismissing the Debtor's Chapter 13 case, and in support thereof states as follow:

      1.      On May 13, 2015, the above-captioned debtor (the "Debtor") filed a petition for relief under Chapter 13 of the United States Bankruptcy Code.

      2.      On July 7, 2015, the Debtor filed the Chapter 13 Plan.  The Trustee cannot recommend the Plan for confirmation.

      4.      On June 5, 2015, the IRS filed a Notice of Unfiled Prepetition Federal Tax Returns and on June 10, 2015 the MDOR filed a Notice of Unfiled Prepetition State Tax Returns.   Pursuant to 11 U.S.C. §1325(a)(9), the Plan cannot be confirmed unless the Debtor has filed all tax returns as required by §1308.

      5.      Further, The Debtor has failed to provide for the claims of <u>GEEFU</u>, <u>Quicken Loans</u>, <u>Bank of America</u>, <u>Ocwen Loan Servicing</u>, <u>TD Auto Finance</u>, and the priority claim of the <u>MDOR</u>.

      6.      The Trustee asserts that the Debtor's failure to submit a confirmable plan has caused unreasonable delay that is prejudicial to the creditors, and grounds for dismissal pursuant to 11 U.S.C. §1307(c).

      WHEREFORE, the Trustee respectfully requests that this Court enter an Order dismissing the Debtor's Chapter 13 case.

Dated: January 26, 2016                        Respectfully Submitted,
                                                                       Carolyn A. Bankowski
                                                                       Standing Chapter 13 Trustee
                                                                       By: <u>/s/ Carolyn A. Bankowski</u>
                                                                       Carolyn A. Bankowski, BBO#639594
                                                                       Patricia A. Remer, BBO#639594
                                                                       Office of the Chapter 13 Trustee
                                                                       P.O. Box 8250
                                                                       Boston, MA  02114
                                                                       (617) 723-1313
                                                                       13trustee@ch13boston.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re: Charles O. Mayo, Jr.                                    Chapter 13
      SSN: xxx-xx-6456                                    Case No: 15-11911-FJB
           Debtor

## ORDER DISMISSING CASE

The motion of the Chapter 13 Trustee to convert this case having come before this Court, due notice having been given, and for cause shown, it is hereby:

ORDERED: that this Chapter 13 case is hereby dismissed.

Dated:_____

                                                                                                _____
                                                                                                U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:   Charles O. Mayo, Jr.                              Chapter 13
      SSN:  xxx-xx-6456                              Case No: 15-11911-FJB
         Debtor

NOTICE OF BAR DATE FOR OBJECTIONS/RESPONSES

Notice is given that any responses and/or objections to this motion are to be filed within twenty (20) days of the date hereof. If no timely objection/responses are filed, the Court may act on this motion without further notice or hearing as provided by 11 U.S.C. §102 (1)(B).

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the within Trustee's Motion to Dismiss was served upon the Debtor, Debtor's counsel of record and those parties listed on the following service list by first class mail, postage prepaid.

Dated: January 26, 2016

                                                                 By: /s/ Carolyn A. Bankowski

SERVICE LIST

Charles O. Mayo, Jr.
81 Sachem Street
Quincy, MA 02170-2447

Stephen M. Kaplan, Esq.
175 Highland Ave. - Suite 408
Needham, MA 02494